HOUSTON BRICE v. STATE.

No. A-1189.   Opinion Filed June 15, 1912.

Appeal from Craig County Court;

S. F. Parks, Judge.

Appellant was convicted for a violation of the prohibitory liquor law, and his punishment was assessed at a fine of fifty dollars and thirty days' confinement in the county jail.   Appealed.   Affirmed.

James S. Davenport, for appellant.

Smith C. Matson and E. G. Spilman, Asst. Attys. Gen., and C. Caldwell, Co. Atty., for the State.

FURMAN, P. J.   This is a plain case of unlawfully conveying whisky.   Every question of law presented in the brief of counsel for appellant has been decided adversely to the contentions therein made. It is therefore unnecessary to discuss them again.   If lawyers will take the trouble to keep themselves informed as to the opinions of this court they will save much time, trouble and expense to themselves and clients and refrain from appealing cases which have not the shadow of a chance of being reversed.   The judgment of the lower court is therefore in all things affirmed.

ARMSTRONG and DOYLE, JJ., concur.

---

J. J. PUTMAN v. STATE.

No. A-1221.   Opinion Filed June 15, 1912.

Appeal from Washita County Court;

T. R. Shean, Judge.

J. J. Putman was convicted of violating the prohibitory law, and appeals.   Affirmed.

Jones & Bashore, for appellant.

Smith C. Matson, Asst. Atty. Gen., for the State.

PER CURIAM.   Appellant was convicted for a violation of the prohibitory liquor law, and his punishment was assessed at one hundred and eighty days' confinement in the county jail and a fine of five hundred dollars.   We think that the evidence introduced by the state sustains the verdict of the jury.   It is their province to settle all conflicts in the evidence.   The questions of law presented have repeatedly been decided adversely to the contention of counsel.   The judgment of the lower court is therefore in all things affirmed.

---

C. H. JENKINS v. STATE.

No. A-1080.   Opinion Filed June 15, 1912.

Appeal from Craig County Court;

S. F. Parks, Judge.

Appellant was charged with a violation of the prohibitory liquor law. He entered a plea of guilty and his punishment was assessed by the court at a fine of two hundred dollars and thirty days' confinement in the county jail.   Appealed.   Affirmed.

James S. Davenport, for appellant.

Smith C. Matson, Asst. Atty. Gen., for the State.